

**Order Filed on April 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br>**2 N. MAIN LLC,**<br>　　　　　Debtor. | : UNITED STATES BANKRUPTCY COURT<br>: DISTRICT OF NEW JERSEY<br>:<br>: Chapter 7<br>: Case No. 23-11907-ABA<br>: Hearing Date: April 11, 2023, 10:00 |

## ORDER GRANTING MOTION RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 362(d)(1) and(2) FILED ON BEHALF OF PS FUNDING, INC. AND DENYING ALL OTHER RELIEF REQUESTED

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: April 11, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re 2 N. Main LLC,* Chapter 7 Case No. 23-11907-ABA
ORDER GRANTING MOTION RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 362(d)(1) and(2) FILED ON BEHALF OF PS FUNDING, INC. AND DENYING ALL OTHER RELIEF REQUESTED
Page Two

**THIS MATTER** having been opened to the Court by **PS Funding, Inc. ("PSF")**, by and through its counsel, upon Motion, Alternatively for Adequate Protection, Relief from the Automatic Stay, to Prohibit or Condition Use of Cash Collateral, or Dismissal of Case (the "Motion"),[1] and good and sufficient notice of the hearing on the Motion having been provided, and the Court having considered the moving papers, the opposition thereto, if any, and the oral arguments of counsel, and, for the reasons set forth on the record, the Court has determined that good cause exists for the entry of a portion this Order as it pertains to stay relief only,

**IT IS ORDERED,** that the Motion is **GRANTED, IN PART and DENIED IN PART:**

**1.** the motion is granted as to the request for relief from the automatic stay and the automatic stay is hereby lifted to permit PSF to enforce its rights and remedies against the Debtor and its real property located at 2 N. Main St., Pleasantville, NJ 08232 (Block No. 103, Lot No. 1), arising under its loan documents and applicable state law, including, without limitation, continuing with execution on its Foreclosure Judgment and Money Judgment, and applying any Sheriff's Sale or other proceeds to the Loan;

**2.** all other relief sought in the motion is **DENIED.**

**IT IS FURTHER ORDERED t**hat the Movant shall serve a copy of this Order on the Debtor, any trustee and any other party who entered an appearance on the Motion.

---

[1] Defined terms appearing herein shall have the meaning ascribed to them in the Motion.