Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 23−11907−ABA
        Chapter: 7
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  2 N. Main, LLC
  180 Locust Street
  Lakewood, NJ 08701

Social Security No.:

Employer's Tax I.D. No.:
  83−1325045

## CERTIFICATION OF NO OBJECTION

    I _Elizabeth Grassia_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

2 North Main Street, Block 103, Lot 1, Pleasantville, NJ

Dated: May 19, 2023
JAN: eag

                                                  Jeanne Naughton
                                                  Clerk